**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:05CR104**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GERALD MAXWELL HARRISON (21),** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

   **THIS MATTER** is before the Court on Defense Counsel's Motion to Be Excused from the Status Hearing, filed June 18, 2006. For the reasons stated in Defense Counsel's Motion and for good cause shown, the Court will grant Defense Counsel's request.

   **IT IS, THEREFORE, ORDERED** that Defense Counsel's Motion to Be Excused from the Status Hearing is hereby **GRANTED**.

Signed: June 19, 2006

Richard L. Voorhees
United States District Judge